**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6983**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEVIN WAYNE DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:15-cr-00119-1)

Submitted:  February 27, 2025                         Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin Wayne Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Wayne Davis appeals the district court's orders denying his motion filed pursuant to the Freedom of Information Act and his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Davis*, No. 2:15-cr-00119 (S. D. W. Va. Aug. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because Davis does not challenge in his informal brief the basis for the district court's disposition of his 18 U.S.C. § 3582(c)(2) motion, he has forfeited appellate review of the order denying that motion. *See* 4th Cir. R. 34(b).